## Theodore F. Brinckmann, Appellant, v. Reuben H. Donnelley, Appellee.

### Gen. No. 23,735.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORE, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1917.   Affirmed.   Opinion filed May 15, 1918.

### Statement of the Case.

This appeal involves the other member of the firm involved in the case of *Vondrak v. Donnelley, ante,* p. 342, and the decision in the latter case controls herein.

OLIVER & MECARTNEY, for appellant.

GEORGE W. BROWN, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.